IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN W. JONES, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4460 |
| | : | |
| WILLIE SHELLY, | : | |
| *Defendant.* | : | |

# **ORDER**

AND NOW, this 22nd day of January, 2020, upon consideration of Plaintiff Martin W. Jones's Amended Complaint (ECF No. 7), it is **ORDERED** that:

1. Jones's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Jones filing a new case only in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**